FILED: October 4, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4433
(1:14-cr-00362-CCE-1)
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

HASSAN SHARIF ALI, a/k/a Big Hassan,

    Defendant - Appellant.

_____

O R D E R
_____

Upon consideration of the appellant's unopposed motion to hold case in abeyance and suspend oral argument, the court grants the motion, removes this case from the oral argument calendar, and places this case in abeyance pending a decision by the United State Supreme Court in <u>Lynch v. Dimaya</u>, Case No. 15-1498, \_\_ S.Ct. \_\_, cert granted (September 29, 2016).

For the Court

/s/ Patricia S. Connor, Clerk