FILED: May 15, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4433
(1:14-cr-00362-CCE-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

HASSAN SHARIF ALI, a/k/a Big Hassan

    Defendant - Appellant

_____

O R D E R
_____

Upon consideration of appellant's joint motion to hold case in abeyance, the court grants the motion and places this case in abeyance pending decsions by the United States Supreme Court on petitions for writ of certiorari in <u>Carreon v. United States</u>, No. 17-6926; <u>Davis v. United States</u>, No. 16-8997; <u>Ecourse-Westbrook v. United States</u>, No. 17-6368; <u>Eizember v. United States</u>, No. 17-6117; <u>Enix v. United

States, No. 17-6340; Glover v. United States, No. 16-8777; Lin v. United States, No. 17-5767; McCoy v. United States, No. 17-5484; Prickett v. United States, No. 16-7373, Taylor (Rejon) v. United States, No. 16-6392, Taylor (Brannon) v. United States, No. 16-8996; United States v. Jackson, No. 17-651; United States v. Jenkins, No. 17-97; and Winters v. United States, No. 17-5495.

      For the Court

      /s/ Patricia S. Connor, Clerk